AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

---

**OFFENSE CHARGED**

36 C.F.R. § 4.23(a)(1) (Driving Under the Influence);
36 C.F.R. § 4.23(a)(2) (Driving with a Blood Alcohol Content Exceeding .08%)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

---

**DEFENDANT - U.S.**

▶ Alexander Mitchell Shaw

**DISTRICT COURT NUMBER**

CR 08 0302 MAG

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
U.S. Park Police, National Park Service, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Wendy Thomas

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 3/16/08
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ 3/16/08

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
1156 Guerrero Street
San Francisco, CA 94110

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,        ) No.
                                      )
13 |                                  ) VIOLATIONS: 36 C.F.R. § 4.23(a)(1),
         Plaintiff,                   ) Driving Under the Influence of Alcohol
14 |                                  ) (Class B Misdemeanor); 36 C.F.R. §
         v.                           ) 4.23(a)(2), Driving with a Blood Alcohol
15 |                                  ) Content Above 0.08% (Class B
   ALEXANDER MITCHELL SHAW,           ) Misdemeanor)
16 |                                  )
                                      ) SAN FRANCISCO VENUE
17 |     Defendant.                   )
                                      )
18

                          INFORMATION
19
   The United States Attorney charges:
20
   COUNT ONE: Title 36, Code of Federal Regulations, Section 4.23(a)(1), Driving under the
21         Influence of Alcohol

22    On or about March 16, 2008, in the Northern District of California, within the boundaries of

23 an area administered by the National Park Service, the defendant,

24                       ALEXANDER MITCHELL SHAW,

25 did operate and was in actual physical control of a motor vehicle while under the influence of

26 alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code

27 of Federal Regulations, Section 4.23(a)(1), a Class B Misdemeanor.

28 //

INFORMATION

COUNT TWO: Title 36, Code of Federal Regulations, Section 4.23(a)(2), Driving with a Blood Alcohol Content above 0.08%

On or about March 16, 2008, in the Northern District of California, within the boundaries of an area administered by the National Park Service, the defendant,

ALEXANDER MITCHELL SHAW,

did operate and was in actual physical control of a motor vehicle while having at least 0.08 percent, by weight, of alcohol in his blood and breath, in violation of Title 36, Code of Federal Regulations, Section 4.23(a)(2), a Class B Misdemeanor.

DATED: May 6, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form:
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION