Paul Burglin, Esq. (Calif. SBN # 118081)
MITCHELL, HEDIN, BREINER,
EHLENBACH & BURGLIN
Courthouse Square
1000 Fourth Street, Suite 570
San Rafael, CA 94901
(415) 453-0534

Attorney for Defendant,
Alexander Mitchell Shaw.

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR008-0302 MAG |
| Plaintiff, | |
| vs. | **WAIVER OF PERSONAL APPEARANCE** |
| ALEXANDER MITCHELL SHAW, | |
| Defendant. | |

I, ALEXANDER MITCHELL SHAW, declare:

1. I understand that I have the right to be personally present in this Court for all proceedings, including arraignment. I hereby waive said right and authorize my attorney Paul Burglin to appear on my behalf at all such proceedings.

2. I have received a copy of the charging document and I plead "not guilty" the misdemeanor charges set forth therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is

WAIVER OF PERSONAL APPEARANCE - 1

1 | true and correct.

2 | DATED: May 16, 2008

ALEXANDER MITCHELL SHAW

I, PAUL BURGLIN, join in the foregoing waiver of personal appearance.

DATED:

PAUL BURGLIN
Attorney for Defendant,
ALEXANDER MITCHELL SHAW.

Authorities:

Fed. Rules of Crim. Proc. 10(b) and 43(b)(2)

WAIVER OF PERSONAL APPEARANCE - 2