**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR08-0302 MAG |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| ALEXANDER MITCHELL SHAW, | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT DEFENDANT'S MOTION TO SUPPRESS set for July 23, 2008 at 10:30 a.m. is reset for **July 23, 2008 at 3:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: July 14, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy